UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 18-3754 (MF) |
| PETER J. COSTAS | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 18-3754, against defendant Peter J. Costas, which was filed on November 7, 2018, charging the defendant with conspiracy to commit health care fraud, contrary to Title 18, United States Code, Section 1347, in violation of Title 18, United States Code, Section 1349.

This dismissal is without prejudice.

_____
CRAIG CARPENITO
United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2019